EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes Section

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 11 2005

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00338 DAE |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| MARK PRUSE, ) | [18 U.S.C. §§ 922(g)(1), 26 U.S.C. 5861(d)] |
| Defendant. ) | |

INDICTMENT

COUNT 1

FELON IN POSSESSION

The Grand Jury charges:

From an exact date unknown, but from on or about July 15, 2005 to and including July 28, 2005, in the District of Hawaii, MARK PRUSE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly

possess in and affecting commerce a firearm, to wit, a Winchester, model 97 shotgun, .16 gauge, bearing serial number E977904.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT 2

### UNREGISTERED SHORTENED FIREARM

The Grand Jury further charges:

From an exact date unknown, but from on or about July 15, 2005 to and including July 28, 2005, in the District of Hawaii, MARK PRUSE knowingly possessed in or affecting commerce a firearm, to wit, a Winchester, model 97 shotgun, .16 gauge, serial number E977904, having a barrel length of less than 18 inches, and an overall length of less than 26 inches, which was not registered to him in the National Firearms Registration and

//
//
//
//
//
//
//
//
//

Transfer Record, in violation of Title 26, United States Code, Section 5861(d).

      DATED: August 11, 2005 at Honolulu, Hawaii.

      A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO
United States Attorney

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

<u>USA v. Mark Pruse</u>
Indictment
Cr. No.