# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00338DAE |
| CASE NAME: | USA vs. MARK E. PRUSE |
| ATTYS FOR PLA: | Loretta A. Sheehan |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 2/17/2006 | TIME: | 10:21-10:28 |

COURT ACTION:  EP: Status Conference Re: Bail Conditions - Defendant present in custody.

Court informed that a bedspace is now open at Aloha Care on Maui.

Court Orders that the Defendant be released on an unsecured bond in the amount of $25,000 under the following conditions:

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h1)  Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7n)   Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services.   Take all medications as prescribed.

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7t1) Do not consume any alcoholic beverages or products containing alcohol while on bond.

(7u1) Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v2) To ensure compliance with the restriction on illicit drug use submit to random drug detection testing and a substance abuse assessment and participate in any recommended treatment as approved by Pretrial Services.

(7w1) To ensure compliance with the restriction on alcohol use, submit to random alcohol detection testing as approved by Pretrial Services.

(7x) Participate in inpatient and any recommended follow-up outpatient substance abuse treatment as approved by Pretrial Services. You are required to abide by all established rules of the program. Complete the residential phase of treatment at: an approved dual diagnosis program as directed by Pretrial Services. You are restricted to the facility al all times, unless approved in advance by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:    Comply with the terms and conditions of Adult Probation.

Other Conditions:   The Court directs the Federal Detention Center to provide a fifteen (15) day supply of psychotropic medication for the defendant upon release. Such medication can be released to/picked up by defense counsel.

Other Conditions: Upon completion of an approved dual diagnosis program, you must reside at a facility/program/residence approved by Pretrial Services. In the absence of a suitable aftercare program/residence, Pretrial Services will recommend your return to custody.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

> You shall not commit any offense in violation of federal, state, or local law while on release in this case.

> You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**Defendant's Request for the U.S. Marshals to provide one way airfare to the Defendant for travel to the Island of Maui is Granted.**

Defendant remanded to the custody of the US Marshal for processing.


Submitted by: Warren N. Nakamura, Courtroom Manager