EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA A. SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  loretta.sheehan@usdoj.gov

Attorneys for the Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00338 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STATEMENT OF NO OBJECTIONS |
| | ) | TO DRAFT PRESENTENCE |
| vs. | ) | REPORT; CERTIFICATE OF |
| | ) | SERVICE |
| MARK PRUSE, | ) | |
| | ) | Date:  May 23, 2006 |
| Defendant. | ) | Time:  1:30 P.M. |
| | ) | Judge: David A. Ezra |

<u>STATEMENT OF NO OBJECTIONS TO DRAFT PRESENTENCE REPORT</u>

The United States has reviewed the draft presentence reports and has no objections to the factual statements or guideline computations contained in the reports.

DATED:  March 29, 2006, at Honolulu, Hawaii.

                                      EDWARD H. KUBO, JR.
                                      United States Attorney
                                      District of Hawaii


                                      By /s/ Loretta Sheehan
                                        LORETTA A. SHEEHAN
                                        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF**:

Donna M. Gray                              March 29, 2006
donna_gray@fd.org
Attorney for Defendant

**Served by Hand-Delivery**:

U.S. Probation Office                      March 29, 2006
Attn:  Ellie Asasaki
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850

DATED:  March 29, 2006, at Honolulu, Hawaii.

          /s/ Iris Tanaka