PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY # 4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:       fpdhi@hotmail.com

Attorney for Defendant
MARK PRUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00338 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | AMEND PRETRIAL RELEASE |
| vs. | ) | |
| | ) | |
| MARK PRUSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER TO AMEND PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the defendant, MARK PRUSE, be permitted to move from

Aloha House to reside with his mother, Pearl Pruse, before his sentencing date of May 23, 2006.  Mr. Pruse shall be allowed to check out of Aloha House at 8:00 a.m., on May 21, 2006, and stay at his mother's residence located at 223C Momi Lane, Wailuku, Maui.  He will thereafter fly to Honolulu for his sentencing hearing on May 23, 2006.  All other conditions of release previously imposed shall remain in effect.

IT IS SO STIPULATED:

DATED:   Honolulu, Hawaii, May 17, 2006.

   /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
MARK PRUSE

   /s/ Loretta A. Sheehan
LORETTA SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA

   /s/ Carolyn Hall
CAROLYN HALL
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, May 17, 2006.




Kevin S.C. Chang
United States Magistrate Judge

UNITED STATES v. MARK PRUSE
CR. NO. 05-00338 DAE
STIPULATION AND ORDER AMENDING PRETRIAL RELEASE