# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00338DAE

CASE NAME:          USA v. Mark E. Pruse

ATTYS FOR PLA:      Chris Thomas for Loretta Sheehan

ATTYS FOR DEFT:     Donna Gray

USPO:               Roy Kawamoto

|  |  |
|---|---|
| JUDGE: David Alan Ezra | REPORTER: Cynthia Fazio |
| DATE: 5/24/2006 | TIME: 2:30pm-3:15pm |

COURT ACTION:  EP: Sentencing to Counts 1 and 2 of the Indictment as to Defendant Mark E. Pruse.

Defendant Mark E. Pruse present, not in custody.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Mark E. Pruse.

SENTENCE:

Imprisonment:   37 MONTHS, as to each of Counts 1 and 2, with all such terms to run concurrently.

Supervised Release:   3 YEARS, as to each of Counts 1 and 2, with all such terms to run concurrently.

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in an approved program for domestic abuse.

8. Defendant shall participate and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

9. Defendant shall be prohibited from the possession and use of alcohol during the term of supervision.

10. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

11. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

12. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $200.00.

JUDICIAL RECOMMENDATIONS: Sheridan. OR. Educational and Vocational training. Drug treatment. Mental health treatment.

Defendant advised of his right to appeal.

Mittimus is stayed until 6/21/2006 @200pmDAE.

Defendant to self-surrender @2:00 p.m. on 6/21/2006 at the US Marshals Office.

Current bail conditions of release to continue with modification:

1) The Court also ordered that the defendant remain at Aloha House on Maui pending his self-surrender to the U.S. Marshals Service on 6/21/2006. In the event he is discharged from the facility prior to the mittimus date, he shall fly to Oahu at his own expense and turn himself in to the U.S. Marshals Service within 24 hours.

Submitted by: Theresa Lam, Courtroom Manager