PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY # 4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:      fpdhi@hotmail.com

Attorney for Defendant
MARK PRUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00338 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | AMEND PRETRIAL RELEASE |
| vs. | ) | |
| | ) | |
| MARK PRUSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

C:\Documents and Settings\carol\Local Settings\Temp\notesF51D03\~8020328.wpd

## STIPULATION AND ORDER TO AMEND PRETRIAL RELEASE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the defendant, MARK PRUSE, be permitted to leave Aloha

House on June 20, 2006 to spend the day and night with his mother, Pearl Pruse, at

her residence.  Thereafter, Mr. Pruse will travel the next day, June 21, 2006, to

Honolulu and self-surrender to the United States Marshal Service, no later than

2:00 p.m.  All other conditions of release previously imposed shall remain in

effect.

      IT IS SO STIPULATED:

      DATED:   Honolulu, Hawaii, June 19, 2006.

           /s/ Donna M. Gray
          DONNA M. GRAY
          Attorney for Defendant
          MARK PRUSE

           /s/ Loretta Sheehan
          LORETTA SHEEHAN
          Attorney for Plaintiff
          UNITED STATES OF AMERICA

           /s/ Carolyn Hall
          CAROLYN HALL
          Pretrial Services Officer

      IT IS APPROVED AND SO ORDERED:

      DATED:   Honolulu, Hawaii, June 19, 2006.



          David Alan Ezra
          United States District Judge

UNITED STATES v. MARK PRUSE
CR. NO. 05-00338 DAE
STIPULATION AND ORDER AMENDING PRETRIAL RELEASE