PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY # 4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:      fpdhi@hotmail.com

Attorney for Defendant
MARK PRUSE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00338 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | STAY MITTIMUS PENDING SELF- |
| vs. | ) | SURRENDER |
| | ) | |
| MARK PRUSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

C:\Documents and Settings\carol\Local Settings\Temp\notesF51D03\Mittimus_stp.wpd

## STIPULATION AND ORDER TO
## STAY MITTIMUS PENDING SELF-SURRENDER

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that this Honorable Court stay Mark Pruse's mittimus an additional

two weeks up to and until July 3, 2006.  Mr. Pruse's self-surrender date is today

June 21, 2006.  This stipulation is necessary because Mr. Pruse was admitted

yesterday to Maui Memorial Hospital for surgery and is not expected to be released today and his release date has not been established.  The new self-surrender date will be July 3, 2006 at 2:00 p.m. at FDC Honolulu.

IT IS FURTHER STIPULATED THAT, upon Mr. Pruse's release from Maui Memorial Hospital and obtaining his physician's permission to travel by air to Oahu, he shall self-surrender within 24 hours to the United States Marshal Service.

IT IS SO STIPULATED:

DATED:   Honolulu, Hawaii, June 21, 2006.


/s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
MARK PRUSE


/s/ Loretta Sheehan
LORETTA SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA


for /s/ Alison Thom
CAROLYN HALL
DAVID KAHUNAHANA
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, June 21, 2006.



_____
David Alan Ezra
United States District Judge

<u>UNITED STATES v. MARK PRUSE</u>
CR. NO. 05-00338 DAE
Stipulation and Order to Stay Mittimus Pending Self-surrender

3