PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY # 4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:       fpdhi@hotmail.com

Attorney for Defendant
MARK PRUSE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00338 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) STAY MITTIMUS PENDING SELF- |
| vs. | ) SURRENDER AND MODIFYING |
| | ) CONDITIONS OF BAIL |
| MARK PRUSE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

C:\Documents and Settings\carol\Local Settings\Temp\notesF51D03\~8527958.wpd

**STIPULATION AND ORDER TO STAY MITTIMUS PENDING
SELF-SURRENDER AND MODIFYING CONDITIONS OF BAIL**

IT IS HEREBY STIPULATED AND AGREED that the Defendant's

mittimus be postponed until such time that FDC Honolulu can accommodate his

medical care needs.  This stipulation is needed because the Defendant requires

significant follow-up medical care after his recent surgery and subsequent infection. FDC Honolulu has informed the Federal Public Defender's Office that they cannot accommodate the intravenous antibiotic therapy which the Defendant currently requires.

Pretrial Services and the Federal Public Defender's Office will monitor the Defendant's medical condition and coordinate with FDC Honolulu regarding the earliest possible surrender date. The Defendant shall surrender to FDC Honolulu within 24 hours of confirmation that FDC Honolulu can accommodate his medical needs.

IT IS FURTHER STIPULATED AND AGREED that Defendant's conditions of bail shall be modified by adding the following condition:

(7p2) Comply with the Electronic Monitoring program under the direction of Pretrial Services. You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, June 30, 2006.

/s/Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
MARK PRUSE

  /s/ Loretta A. Sheehan
LORETTA SHEEHAN
Attorney for Plaintiff
UNITED STATES OF AMERICA


  /s/ David Kahunahana
CAROLYN HALL
DAVID KAHUNAHANA
Pretrial Services Officers

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, June 30, 2006.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. MARK PRUSE
CR. NO. 05-00338 DAE
Stipulation and Order to Stay Mittimus Pending Self-Surrender and
Modifying Conditions of Bail