AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:05CR00338-001 DAE | Judgment - Page 2 of 6 |
| DEFENDANT: | MARK PRUSE | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 37 MONTHS.

This term consists of THIRTY-SEVEN(37) MONTHS, as to Counts 1 and 2 of the Indictment, with all such terms to run concurrently.

[✓]    The court makes the following recommendations to the Bureau of Prisons:
Sheridan. OR. Educational and Vocational training. Drug treatment. Mental health treatment.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[✓]    The defendant shall surrender to the United States Marshal for this district. at 4 o'clock and 15 min p M
       [✓] at 2:00pm on 6/21/2006.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 11-29-06 to FCI Sheridan
at Sheridan, Oregon, with a certified copy of this judgment.

Charles A Daniels, Warden
~~UNITED STATES MARSHAL~~

By _____
Deputy U.S. Marshal